UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
NOV. 2, 2012
NOV 0 2 2012
THOMAS G BRUTON
CLERK, U.S. DISTRICT COURT

12CV2818

MICHAEL S. ELKINS,
            PETITIONER,

V.

UNITED STATES OF AMERICA,
            RESPONDENT.

CASE No. 12-C-2818
Judge J.H. Lefkow

## PETITIONER'S DEMAND FOR JUDGMENT

COMES NOW Michael S. Elkins, Petitioner, "Pro-Se" hereby moving this honorable court [Judge Joan H. Lefkow] for an "Order of Judgment" in favor of the Petitioner based on the following facts;

1. On March 15, 2012 the Petitioner filed a motion for the return of illegally seized property [namely two(2) bank accounts totaling $2,622.98] on April 19, 2012 the motion was infact filed with the Court and on June 25, 2012 the Government filed a response wherein they admit that they infact never seized the funds and therefore lacked jurisdiction but at the same time argued that the .S. District Court in Milwaukee, Wisconsin may have cause.

2. On July 3, 2012 the U.S. Attorney in Milwaukee did infact file for an Application for Writ of Garnishment, but later filed for a Motion to Stay said Writ after the Petitioner argued they lacked jurisdiction and were infact violating the laws 41 U.S.C. §1673. 28 U.S.C. §3002 and 28 U.S.C. §3205.

Therefore this court again retails sole jurisdiction over this case and the Petitioner respectfully moves the Court for a Judgment in favor of the Petitioner [No Court or Government has argued for jurisdiction or cause as to why said funds should not be returned to the Petitioner] in the amount of $2,622.98 actual damages along with the $39.00 filing fee and $150.00 in cost for a total of $2,811.98

Made payable immediately to;

    Edward DeGroot
    W. 292 S. 4020 Hillside Rd.
    Waukesha, Wi. 53188

The Petitioner prays that the Court will carry out justice in this matter as quickly as possible.

RESPECTFULLY SUBMITTED THIS 28th DAY OF OCTOBER, 2012.

*[signature]*

    Michael s. Elkins
    P.O. BOX 6000
    Florence, Co. 81226